IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 23-cv-03415-GPG-MEH | Date: | March 11, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                                           *Counsel:*

FARM CREDIT LEASING SERVICES                         Zane Gilmer
CORPORATION,                                         Benjamin Court (by phone)

    Plaintiff & Counter Defendant,

v.

GOOD FORAGE, LLC,
Clayton Good,                                        Pro Se (by phone)
Arnold Good,                                         Anna Bloomer

    Defendants

v.

WESLEY JAMES WITTMAN,                                Anna Bloomer

    Defendant & Counter Claimant.

---

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

---

**Court in session:**     11:27 a.m.

Court calls case.   Appearances of counsel and Parties. No one appeared on behalf of Defendant Good Forage, LLC.

Discussion held regarding the Parties' [ECF 30] *Proposed Scheduling Order*.   To allow time for Plaintiff/Counter Defendant Farm Credit Leasing Services Corporation to investigate the location of the farm equipment leased to the Defendants, the Court will not enter a Scheduling Order at this time and reset the Conference.

**ORDERED:**  Defendants shall not dispose of any equipment that may be leased by Plaintiff until Plaintiff's counsel has had the opportunity to come to the land and inspect the equipment. Plaintiff shall inspect the property at issue within the next week.

The Court **stays** Plaintiff/Counter Defendant Farm Credit Leasing Services Corporation's deadline to respond to Defendant/Counter Claimant Wittman's Counterclaims until further Order of the Court.

The Scheduling Conference is reset for **March 25, 2024**, at **11:30 a.m.** before Chief United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred A. Arraj Courthouse. The Parties need not submit a revised proposed scheduling order but if they would like to do so, they shall file the updated proposed scheduling order and email a Word copy of it by joint email to Chief Magistrate Judge Hegarty's Chambers at hegarty_chambers@cod.uscourts.gov on or before March 23, 2024.

**Court in recess:**     **11:44 a.m.**     **(Conference concluded)**
**Total time in Court: 00:17**

\*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.