IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 23-cv-03415-GPG-MEH | Date: | March 25, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*         *Counsel:*

FARM CREDIT LEASING SERVICES      Zane Gilmer
CORPORATION,      Benjamin Court (by phone)

     Plaintiff & Counter Defendant,

v.

GOOD FORAGE, LLC,
CLAYTON GOOD,      Pro Se (by phone)
ARNOLD GOOD,      Anna Bloomer (by phone)

     Defendants,

v.

WESLEY JAMES WITTMAN,      Anna Bloomer (by phone)

     Defendant & Counter Claimant.

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

**Court in session:**       11:50 a.m.

Court calls case. Appearances of counsel and Parties. No one appeared on behalf of Defendant Good Forage, LLC.

Discussion held regarding the status of the case. Pro Se Defendant informs the Court he and Defendant Good Forage, LLC, will be filing for bankruptcy in the near future. The Court reminds Pro Se Defendant of his obligation to notify this Court by filing a *Suggestion of Settlement* in this case when the bankruptcy cases have been filed.

Discussion held regarding Pro Se Defendant Good and Defendant Good Forage, LLC's failure to answer or otherwise respond to Plaintiff's [ECF 1] *Complaint*. The Court directs the Clerk to enter a *Clerk's Entry of Default* as too Defendant Good Forage, LLC, and grants an extension of time to Pro Se Defendant Clayton Good to file an Answer to Plaintiff's [ECF 1] *Complaint* by **Monday, April 1, 2024**.

Discussion held regarding Plaintiff's investigation into the missing farm equipment, the inspection of which at the Court ordered at the March 11, 2024, [ECF 31] *Scheduling Conference*. Plaintiff notifies the Court only one piece of equipment was found, a trailer which was seized by a creditor outside of this litigation. Plaintiff makes the Court aware none of the Defendants have answered whether they know the location of the missing equipment. The Court will set an Evidentiary Hearing for **Wednesday, March 27, 2024 at 3:00 p.m.** before Chief United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred Arraj Courthouse. If the Parties resolve the issue and believe the hearing is not needed, they shall jointly email Chief Magistrate Judge Hegarty's Chambers (Hegarty_Chambers@cod.uscourts.gov) and request to vacate the hearing.

The Court LIFTS the stay imposed at the March 11, 2024, [ECF 31] *Scheduling Conference*.

Discussion held regarding the Parties' [ECF 30] *Proposed Scheduling Order* with the Court's rulings made on the record.

**ORDERED:** Evidentiary Hearing for **Wednesday, March 27, 2024, at 3:00 p.m.** before Chief United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred Arraj Courthouse. Unless otherwise ordered, all Parties and counsel shall be present in the courtroom.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

| | |
|---|---|
| **Discovery Deadline:** | October 18, 2024 |
| **Dispositive Motion Deadline:** | December 30, 2024 |
| **Rule 26(a)(2) Expert Disclosures:** | August 2, 2024 |
| **Rule 26(a)(2) Rebuttal Expert Disclosures:** | September 6, 2024 |
| **Final Pretrial Conference:** | District Judge Gallagher will hold a Final Pretrial Conference as prescribed by Fed. R. Civ. P. 16(e) and D.C.COLO.LCivR 16.3. If no summary judgment motions are filed, the parties shall contact Judge Gallagher's Chambers jointly via email at Gallagher_Chambers@cod.uscourts.gov **within ten days** after the dispositive motions deadline to set a Final Pretrial Conference. If dispositive motions are filed, parties shall contact Judge Gallagher's Chambers jointly via email at Gallagher_Chambers@cod.uscourts.gov **within thirty days** after the Court has issued a ruling (assuming the case survives a motion for summary judgment) to set a Final Pretrial Conference. |

**Court in recess:**    12:10 p.m.    (Conference concluded)
**Total time in Court:  00:20**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.