**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-3415-MEH

Farm Credit Leasing Services Corporation,

    Plaintiff,

v.

Good Forage, LLC; Clayton A. Good;
Arnold Good; and Wesley James Wittman,

    Defendants.

---

**STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' FIRST SET OF WRITTEN DISCOVERY REQUESTS**

---

Pursuant to D.C.COLO.LCivR 6.1(a), Plaintiff Farm Credit Leasing Services Corporation ("Farm Credit Leasing") and Defendants Arnold Good ("Defendant Arnold Good") and Wesley James Wittman ("Defendant Wittman") (collectively the "stipulating parties"), by and through undersigned counsel, hereby stipulate to extend Farm Credit Leasing's deadline to respond to Defendant Arnold Good and Defendant Wittman's First Set of Written Discovery Requests, by two weeks. Farm Credit Leasing's Responses to Defendant Wittman's First set of Discovery Requests shall now be due on September 13, 2024, and Farm Credit Leasing's Responses to Defendant Arnold Good's First Set of Discovery Requests shall now be due on September 17, 2024.  Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this stipulation will be served on each of the stipulating parties by their counsel.

Respectfully submitted August 30, 2024.

2

*s/ Zane A. Gilmer*
Benjamin J. Court (MN #0319016)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: 612-335-1500
E: benjamin.court@stinson.com

Zane Allen Gilmer (CO #41602)
**STINSON LLP**
1144 15th Street, Suite 2400
Denver, CO 80202
T: 303-376-8400
E: zane.gilmer@stinson.com

Counsel for Plaintiff Farm Credit Leasing

*s/ Anna R. Bloomer*
David R. Tscheschke, Colo. Reg. #53799
Anna R. Bloomer, Colo. Reg. #50876
**VOLPE LAW, LLC**
Parker, CO 80138
Phone: (720) 441-3328
Email: david@volpelawllc.com
          anna@volpelawllc.com
Fax: (303) 309-6463

Counsel for Arnold Good and Wesley Wittman

2