**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:04 pm, Sep 24, 2024*
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. __23CV-03415__

_____,

Plaintiff,

v.

____Good Forage LLC, Clayton Good____,

_____,

_____,

Defendant(s).

## [PLAINTIFF'S OR DEFENDANT(S)' MOTION FOR EXTENSION OF TIME OR CONTINUANCE

1. I, __Clayton Good__ [*name*], [Plaintiff/Defendant] in this case, respectfully requests:

   **X An extension of time to exchange with opposing party or file with the Court:**

   _____ my initial disclosures currently due on _____.

   __X___ my response to Request for Admissions currently due on ____9/9/24____.

   __X___ my response to Interrogatories currently due on _____9/9/24_____.

   _____ my expert report(s) currently due on _____.

   _____ my response to a pending Motion to Dismiss under FRCP 12(b)(6) currently due on _____.

   _____ my response to a pending Motion for Summary Judgment under FRCP 56 currently due on _____.

   _____ my response to a pending Motion for _____ currently due on _____.

**OR**

    X  **An extension of:**

      __X__ the discovery deadlines in the Scheduling Order.

      ____ the deadlines to designate expert witnesses in the Scheduling Order.

      ____ a deadline for _____ [*describe*].

**OR**

    **An extension of time to hold:**

      _____ the Scheduling Conference currently set for _____.

      _____ the Status Conference currently set for _____.

      _____ the Settlement Conference currently set for _____.

2. I have received ___0___ [*number*] prior extensions.

3. This extension is necessary because [*describe reason*] _____
I delayed work on discovery requests due to discussions about a payment plan to move forward without further litigation.  I am gathering requested information and retaining counsel to review in conjuction with other case submittals by plaintiff and other parties.
Opposing party council has given me additonal time since 9/9/24.

Therefore, I ask that the Court grant an extension of ___30____ [*number*] days for the items above.

4. I have contacted Stinson Law ( Mr Gilmer and  Mr Court) [*opposing party*] to inform of this motion. Opposing party indicated that:

    __X__ this motion <u>is</u> opposed because [*describe reason*] __They oppose additional deadline extensions without extension of discovery deadline by court.__

    ____ this motion is <u>not</u> opposed.

\_\_\_\_   I tried to contact opposing party, but was unable to make contact.  I tried to reach opposing party by [*describe*] _____

_____.

Respectfully submitted,

*[signature]*                                                                 9/24/24

[*Signature*]                                                                 [*Date*]
    Clayton Good

[*Printed name*] Plaintiff/Defendant
  25498 cr 66

[*Street Address*]
  Greeley    CO, 80631

[*City*]                     [*State*]                [*Zip Code*]