IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03415-GPG-CYC

FARM CREDIT LEASING SERVICES CORPORATION,

    Plaintiff,

v.

GOOD FORAGE, LLC, et al.,

    Defendants.

___

**MINUTE ORDER**
___

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on January 13, 2025.**

    For good cause shown, the Court hereby **GRANTS IN PART** the parties' partially unopposed motion to amend the scheduling order. ECF No. 75. The Court **GRANTS** the motion to the extent that it asks the Court to extend the following deadlines:

    (1) Rule 30(b)(6) Deposition Deadline: February 18, 2025
    (2) Dispositive Motions Deadline: March 24, 2025

    The Court holds in abeyance defendant's request for leave to schedule and serve notice of the Rule 30(b)(6) Deposition without further conferral with Farm Credit's counsel. The Court will hear argument on this portion of the motion on **February 4, 2025 at 2:00 p.m.**

    At least four (4) business days prior to the hearing, the parties shall submit via email (Chung_Chambers@cod.uscourts.gov) a brief joint statement setting out each party's position with regard to each dispute. The joint statement should not be filed on the Electronic Court Filing system. The purpose of the Court's discovery dispute procedures, including the requirement of a joint statement in lieu of seriatim briefing, is to resolve the parties' discovery disputes in the most efficient and cost-effective manner possible. Thus, while the Court does not impose any specific page limitation on the parties' joint statement, the Court encourages the parties to be as succinct as possible, presenting a short statement of each dispute with citations to legal authority where appropriate. Any disputed discovery requests (such as objections or disputed 30(b)(6) notices) should be attached as exhibits to the joint statement.