IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03415-GPG-CYC

FARM CREDIT LEASING SERVICES CORPORATION,

    Plaintiff,

v.

GOOD FORAGE, LLC, et al.,

    Defendants.

---

**MINUTE ORDER**
_____

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on February 10, 2025.**

    Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File a Motion for Attorneys' Fees and Bill of Costs Regarding Defendant Wesley James Wittman's Abuse of Process Counterclaim ("the Motion"), ECF No. 82.

    The Court, being fully advised in the premises, hereby **GRANTS** the Motion and ORDERS, as follows:

1. Plaintiff's current deadline to file a bill of costs and motion for attorneys' fees imposed by the Court entering its Order at ECF No. 80 are hereby vacated.

2. Plaintiff's new deadline to file its bill of costs and motion for attorneys' fees in relation to Defendant Wesley James Wittman's Abuse of Process Counterclaim is as follows:
    a. to be combined with any new fees and cost deadline that is triggered by Fed. R. Civ. P. 54 once the merits of Plaintiff's contract claim against Wittman is resolved, if such resolution of that claim is in Plaintiff's favor;
    b. if that claim is not resolved in Plaintiff's favor, Plaintiff shall file within 30 days of such order or judgment on that claim; or
    c. as otherwise ordered by the Court.