IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03415-GPG-CYC

FARM CREDIT LEASING SERVICES CORPORATION,

    Plaintiff,

v.

GOOD FORAGE, LLC, et al.,

    Defendants.

___

**MINUTE ORDER**
___

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on February 18, 2025.**

    THIS MATTER, having come before the Court on Parties' Stipulated Motion to Extend the Rule 30(b)(6) Deposition Deadline and the Deadline to File Dispositive Motions (the "Motion"), ECF No. 85, and the Court being fully advised, orders as follows:

    The Motion, ECF No. 85, is **GRANTED** and it is HEREBY ORDERED that the Scheduling Order be amended as follows:

|  | Previous Deadline | New Deadline |
|---|---|---|
| Rule 30(b)(6) Deposition Deadline | February 18, 2025 | March 4, 2025 |
| Dispositive Motions Deadline | March 24, 2025 | April 7, 2025 |